# DeLuca, Christopher (LAW)

| | |
|---|---|
| **From:** | The Rameau Law Firm - <rameaulawny@gmail.com> |
| **Sent:** | Wednesday, June 06, 2018 4:30 PM |
| **To:** | DeLuca, Christopher (LAW) |
| **Subject:** | Re: Raymond Tavares et al, v. City of New York |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Yes

Sent from my iPhone

On Jun 6, 2018, at 2:22 PM, DeLuca, Christopher (LAW) <cdeLuca@law.nyc.gov> wrote:

> The executed releases and the responses?
>
> ---
>
> **From:** The Rameau Law Firm - [mailto:rameaulawny@gmail.com]
> **Sent:** Wednesday, June 06, 2018 2:13 PM
> **To:** DeLuca, Christopher (LAW)
> **Subject:** Re: Raymond Tavares et al, v. City of New York
>
> You will have it by Friday. Thank you
> Amy Rameau
>
> Sent from my iPhone
>
> On Jun 6, 2018, at 2:11 PM, DeLuca, Christopher (LAW) <cdeLuca@law.nyc.gov> wrote:
>
>> Ms. Rameau,
>>
>> I still have not received your responses to the attached Discovery Deficiency Letter (along with blank releases to be executed) which was served along with Defendants' Rule 68 Offer of Judgment on May 11, 2018. Since the deadline to respond to the deficiencies was May 22, 2018, unless you can inform me within 24 hours: 1.) when you will be able to respond to the deficiencies outlined in the letter and 2.) when your clients will execute the necessary releases, I will write to the Court.
>>
>> Sincerely,
>>
>> **Christopher D. DeLuca**
>> Assistant Corporation Counsel
>> Special Federal Litigation Division
>> New York City Law Department
>> 100 Church Street
>> New York, New York 10007
>> phone: 212-356-3535
>> cdeLuca@law.nyc.gov

&lt;Discovery Deficiency Letter 05.11.18.pdf&gt;

Case 1:17-cv-05221-KAM-RLM   Document 22-4   Filed 06/13/18   Page 2 of 2 PageID #: 178
&lt;Discovery Deficiency Letter 05.11.18.pdf&gt;